## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: WHALLY S. POLLARD**

**CASE NUMBER: 19-14278-JDW**

### APPLICATION FOR ALLOWANCE OF ATTORNEY FEE'S

**COMES NOW**, C. Gaines Baker and files this his Application for Allowance of Attorney Fees and for cause would state unto the Court the Debtor filed his Chapter 13 Bankruptcy Petition on October 21, 2019. Subsequent thereto, the undersigned incurred expenses in noticing/mailings, including Motion to Extend Automatic Stay, attendance at the debtor's §341a Meeting of Creditors, reviewed claims as filed, reviewed objections/motions, appearance at hearings, as well as office/telephonic conferences with the Debtor(s) and/or Trustee/Creditors. The undersigned attorney has rendered good and valuable services herein and should be compensated an additional $690.90 from the monies on hand by the Chapter 13 Trustee, less any administrative fee the Trustee may have incurred. That the Trustee has sufficient funds on hand for the payment of this application.

**WHEREFORE** premises considered, your Movant prays that the Clerk of this Court receive and file this his Application for Allowance of Attorney Fees and that upon consideration of this Court, the Court enter an Order sustaining the relief sought hereinabove.

By: /s/ C. Gaines Baker<br>
C. Gaines Baker (8643)<br>
Sarah A. Baker (105797)

*Of Counsel:*

C. Gaines Baker & Associates, LLC
Attorneys at Law
136 Public Square
C.G. Baker Building, Suite One
Batesville, MS 38606
(662)563-9385

## CERTIFICATE OF SERVICE

I, C. Gaines Baker, do hereby certify that I have this day electronically filed the above and foregoing Motion for Allowance of Attorney Fees with the Clerk of the U.S. Bankruptcy Court using the ECF system which sent notification of such filing to the following:

Office of the U.S. Trustee - USTPRegions05.AB.ECF@usdoj.gov

Case Trustee: Locke D. Barkley - sbeasley@barkley13.com

Dated: June 4, 2020

/s/C. Gaines Baker
BY: **C. Gaines Baker, MB# 8643**